**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **JERAL DURANT HENDERSON,** | ) | |
| **Plaintiff,** | ) | |
| **vs.** | ) | **No.  3:23-CV-851-X-BH** |
| | ) | |
| **CHEVRON,** | ) | |
| **Defendant.** | ) | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.  The plaintiff's *Application to Proceed In District Court Without Prepaying Fees or Costs,* received April 21, 2023 (doc. 4)*,* is **DENIED**.  The case will be dismissed by separate judgment for failure to prosecute or follow orders of the Court.

**DATED this 5ᵗʰ day of July, 2023.**

_____
**BRANTLEY STARR
UNITED STATES DISTRICT JUDGE**